RECEIVED

SEP 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALFRED VILTZ | CIVIL ACTION NO. 10-231 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner is **REVERSED** and this matter is REMANDED for further administrative proceedings pursuant to the fourth sentence of 42 USC section 405(g). Specifically, this matter is remanded for a full evaluation of the effect Mr. Viltz's pain has on his ability to perform the full range of sedentary jobs, for supplementation of the record with vocational expert testimony, and for an evaluation of Mr. Viltz's residual function capacity.

**THUS DONE** and **SIGNED** on this 23rd day of September, 2011.

DISTRICT JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA